**NETWORK VIDEO TECHNOLOGIES, INC., Plaintiff–Appellant,**

v.

**NITEK INTERNATIONAL, LLC, Defendant–Appellee.**

No. 2008–1287.

United States Court of Appeals, Federal Circuit.

Jan. 16, 2009.

Michael K. Mutter, Birch Stewart Kolasch & Birch LLP, Falls Church, VA, for Osamu Sano and Yasuhiro Ishii.

Before PROST, Circuit Judge.

## ON MOTION

### *ORDER*

Network Video Technologies, Inc. (NVT) moves without opposition to voluntarily dismiss its appeal. Separately, pursuant to Fed. R.App. Pro. 38, Nitek international, LLC (Nitek) moves for damages due to a frivolous appeal. NVT opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) NVT's motion to dismiss is granted.

(2) Nitek's motion for damages is denied.

(3) Each side shall bear its own costs.